# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ERIC O'NEAL SELDERS

NO. 2019 KW 1432

JAN 16 2020

---

In Re:    Eric O'Neal Selders, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 1400061.

---

BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.

**WRIT DENIED.**

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT